Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

WILLIAM ALLEN FIELDS

CASE NO. 13-70303-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 5121 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

  A. Orig. Date:   9/26/2013   Orig. Time:   11:00 AM        Reset Date:            Reset Time:

  B. Meeting Results:     Adjourned

  C. Debtor(s):     Debtor 1 Appeared

  D. Attorney for Debtor(s):    Appeared

  E. Creditor Appearance:    none

  F. Amount Paid to the Trustee as of    9/26/2013   $787.00    First Payment Due Date:    9/19/2013

  G. File Trustee's Motion to Dismiss because

  H. B22C Information:    B22C Form is:    Complete

   Budgeted Income:    $3,350.58    Expense:    $2,563.58    Surplus:    $787.00

   Plan Payment:    $787.00   Monthly                Plan Term(Months):    48

  I. Value of Non-Exempt Property:    $0.00   Proposed Amount to Unsecured Creditors:    $0.00

   Objection to Exemption of:

   ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:   12-70011

   ___ Object to Invoke Stay Pleading

   ___ Case Converted from Chapter 7, Bar Date Set:    12/26/2013   Date Converted from Chapter 7:

  J. Required Information:    need 2012 tax return

  K. Business Information:

  L. Object to Confirmation:    Yes

   IRS POC has not filed for 2012-Have all returns been filed?
   He was not required to file in 2012.
   Excessive expenses in Schedule J:
   $275 medical ... The right amount would be about $25/mo.
   $435 transportation … he feels it is closer to $450.
   2 vehicles financed for 1 driver
   Truck for everyday & Harley is recreation.

  M. Financial Management Class:    Debtor 1 Appeared

  N. Eligibility:

   Certificate of Credit Counseling Filed:    Debtor 1 Only

   Credit Counseling Provider Approved:           Yes

   Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):    No

  O. Domestic Support Obligation:    $0.00   Current:        Arrears:    $0.00

   Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

  P. Remarks:    He is not required to file tax returns since 2011. 2012 not required.
         1st pmt of $787 received 9/11/13, due 19th, no ww-using TFS
         confirmation hearing 10/16/13

Dated:    9/26/2013                    /s/ Walter O'Cheskey

                        Standing Bankruptcy Trustee
                        By:    Brent Hagan